UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY J. ELLIOTT,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil No. 19-cv-988-JPG
Criminal No. 16-cr-30075-MJR

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jeffrey J. Elliott's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Jeffrey J. Elliott, and that this case is dismissed with prejudice.

**DATED: April 15, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                                       **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**